[No. 34012-3-I.     Division One.     April 24, 1995.]

JERRY E. POHLMAN, ET AL, *Appellants*, v. ROYAL TRUST, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-18538-7, J. Kathleen Learned, J., entered

December 17, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Agid, JJ.